UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEVIN JONES, #1169005 Plaintiff, | § § § § | |
| v. | § § | No. 3:22-cv-1882-B (BT) |
| R. BOWERS, et al., Defendants. | § § § | |

### ORDER

The United States Magistrate Judge issued findings, conclusions and a recommendation in this case. The District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. Any objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Signed this 23rd day of September, 2022.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE